**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KIRAN VUPPALA,                                        CASE NO: 1:20-cv-06361-RA

      Plaintiff,

vs.

KOVY WINE & SPIRITS CORP. a New York
corporation, d/b/a IMPERIAL VINTNER,
and 579 HUDSON STREET LLC, a New York
limited liability company,

      Defendants.
_____/

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, corporation, KOVY WINE & SPIRITS CORP. a New York corporation, d/b/a IMPERIAL VINTNER, and 579 HUDSON STREET LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 7th day of October, 2020.

| | |
|---|---|
| By: __S/ B. Bradley Weitz__<br>B. Bradley Weitz, Esq.<br>The Weitz Law Firm, P.A.<br>Bank of America Building<br>18305 Biscayne Blvd., Suite 214<br>Aventura, FL 33160<br>Telephone: (305) 949-7777<br>Facsimile: (305) 704-3877<br>Email: bbw@weitzfirm.com<br>*Attorney for Plaintiff* | By: __S/ Joseph James DiPalma__<br>Joseph James DiPalma, Esq.<br>Jackson Lewis P.C.<br>44 South Broadway, 14th Floor<br>White Plains, NY 10601<br>Telephone: (914) 872-6920<br>Facsimile: (914) 946-2492<br>Email: joseph.dipalma@jacksonlewis.com<br>*Attorneys for Defendants* |